### JOHNSON *v.* EDWARDS.

GEORGE, J. Indefiniteness in pleadings should, as a rule, be raised by special demurrer; yet a petition which is too vague and indefinite to support a recovery may properly be dismissed on general demurrer. *Clark* v. *Gay*, 112 *Ga.* 777 (38 S. E. 81); *Garrett* v. *Hitchcock*, 77 *Ga.* 427; *Brooks* v. *Turner*, 62 *Ga.* 164. Applying the foregoing, the petition as amended was properly dismissed.

*Judgment affirmed. All the Justices concur.*
No. 292. DECEMBER 13, 1917.

Equitable petition. Before Judge Worrill. Terrell superior court. March 3, 1917.

*T. T. James* and *G. Y. Harrell*, for plaintiff.

*J. G. Parks* and *Yeomans & Wilkinson*, for defendant.